# United States District Court

EASTERN DISTRICT OF WISCONSIN

**DEFAULT
JUDGMENT IN A CIVIL CASE**

**HARRY SULESKI,**

        Plaintiff,

       V.                      CASE NUMBER: **09-C-960**

**BRYANT LAFAYETTE & ASSOCIATES,**

        Defendant.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the plaintiff's motion for default judgment on his claim alleging the defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, is GRANTED.**

**Judgment is entered in favor of the plaintiff and against the defendant in the sum of $3,782.80: $1,000.00 in statutory damages, $2,432.80 in attorney's fees, and $350.00 in attorney's costs.**

**This action is hereby DISMISSED WITH PREJUDICE.**

| | |
|---|---|
| **May 10, 2010** | **JON W. SANFILIPPO** |
| Date | Clerk |
| | |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |

*Approved:*

*s/ Rudolph T. Randa*
*Hon. Rudolph T. Randa*

May 10, 2010
*Date*